**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **VE OPENING LLC,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**SALESFORCE, INC.,**<br><br>                    Defendant. | C.A. No. 7:25-cv-539<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff VE Opening LLC files this Original Complaint for Patent Infringement against Salesforce, Inc., and would respectfully show the Court as follows:

## I.    THE PARTIES

1.    Plaintiff VE Opening LLC ("VE" or "Plaintiff") is a Texas limited liability company with its address at 17350 State Highway 249, Ste 220, Houston, TX 77064.

2.    On information and belief, Defendant Salesforce, Inc. ("Salesforce" or "Defendant") is a limited liability company organized and existing under the laws of Delaware with a place of business at 600 Congress Avenue, Austin, Texas 78701. Defendant has a registered agent C T Corporation System at 1999 Bryan St. Suite 900, Dallas, Texas 75201.

## II.    JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.    On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its

1

business in this forum, including at least a portion of the infringements alleged herein at its place of business at 600 Congress Avenue, Austin, Texas 78701.

5. Without limitation, on information and belief, within Texas and this District, Defendant has used the patented invention thereby committing, and continuing to commit, acts of patent infringement alleged herein. In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas and this District. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas and this District, including at its place of business at 600 Congress Avenue, Austin, Texas 78701. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas and this District. Defendant has committed such purposeful acts and/or transactions in Texas and this District such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6. Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case including at its place of business at 600 Congress Avenue, Austin, Texas 78701.

7. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,916,079)

8. Plaintiff incorporates the above paragraphs herein by reference.

9.      On March 13, 2018, United States Patent No. 9,916,079 ("the '079 Patent") was duly and legally issued by the United States Patent and Trademark Office.  The '079 Patent is titled "Method and System for Enabling the Sharing of Information Between Applications on a Computing Device." A true and correct copy of the '079 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     VE is the assignee of all right, title, and interest in the '079 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '079 Patent.  Accordingly, VE possesses the exclusive right and standing to prosecute the present action for infringement of the '079 Patent by Defendant.

11.     The invention in the '079 Patent relates to the field of methods for enabling the sharing of information between applications on a computing device. (Ex. A at col. 1:15-17).

12.     The '079 Patent describes the technological problem that existed in the prior art. People relied on applications installed on computing devices, which are typically intended to address a particular function or a limited number of functions. (*Id.* at 1:21-25).  For example, a calendar application may be used to schedule events and invite participants, whereas an email application can enable participants to message each other about the event. (*Id.* at 1:25-28).  While each application on its own may be useful for a particular purpose, performance of a task may require the use of multiple applications. (*Id.* at 1:29-31).  The multiple applications typically operate independently from each other; however, cooperation between the applications, such as through information sharing, would provide a better solution. (*Id.* at 1:32-35).

13.     With the number of applications on computing devices continuing to grow, users may want or need to use several applications together to perform tasks rather than requiring separate use of each application. (*Id.* at 1:36-39).  However, setting up the sharing of information

between multiple applications may be difficult and confusion for a typical user and may be tedious even for an advanced user, particularly when the number of applications required to complete a task is large.  (*Id.* at 1:39-43).  Therefore, there is a need for methods that enable sharing of information between multiple applications to allow users to perform related tasks in a more efficient and user-friendly manner.  (*Id.* at 1:43-46).  Recognizing the need, the inventor created a new technological method for sharing information between applications on a computing device related to searching across multiple applications and linking information between such applications.  (*Id.* at 1:50-64).  The claimed invention enables typical or basic users to take advantage of information sharing across multiple applications even though the users may not otherwise attempt such a challenge.  (*Id.* at 6:35-40).  The invention also results in time savings and efficiency in setting up information-sharing that may be realized even by sophisticated users of the computing device. (*Id.* at 5:40-42).

14.    **Direct Infringement.**  Upon information and belief, Defendant directly infringes claim 1 of the '079 patent in Texas, in this District and elsewhere in the United States, by performing actions comprising using or performing the claimed method of enabling the sharing of information between a first application and a second application on a computing device by using and offering for sale Enterprise Search ("Accused Instrumentality").

15.    Salesforce, through its use of Slack's Enterprise Search product, practices a method of enabling the sharing of information between a first application and a second application on a computing device.  Slack Enterprise Search provides the capability of searching across applications and presenting information from those applications through Enterprise Search. Enterprise Search is able to search documents a first application (*e.g.,* Slack or Salesforce) and

also a second application (*e.g.,* Asana). Slack Enterprise Search is able to search for information within a first application (*e.g.,* Slack) and a second application ("key applications").

> The upgraded "Enterprise Search" solution builds on top of the existing conversational AI search experience within Slack. Users can now interact with an intuitive assistant that not only has access to Slack messages and threads but also all of your connected documents and apps.
>
> Here's why Slack Enterprise Search is a major upgrade from the old-fashioned CTRL+F, and how you can start using it in your workflows.
>
> **What Is Slack Enterprise Search?**
>
> Enterprise Search is the new AI-powered feature within Slack that allows users to search for information across all connected tools and systems, without leaving Slack. It comes with a selection of pre-built connectors for tools like GitHub, Box, Asana and of course, Salesforce. It's also available to every customer with a Slack AI license and Enterprise Grid subscription.

second application(s)

first application(s)

(*E.g.,* https://www.uctoday.com/collaboration/slack-enterprise-search-how-to-use-slack-ai-search/).

first application(s)

second application(s)

Now, with enterprise search, Slack is more than a log of all content and knowledge *inside Slack*—it also includes knowledge from your key applications. Users can now surface up-to-date, relevant content that is permissioned to them directly in Slack's search. We're starting with Google Drive and GitHub, and you'll see many more of your connected apps as the year goes on. With these new apps, Slack search and AI Answers are all the more powerful, pulling in context from across key tools to satisfy your queries.

(*E.g.,* https://slack.engineering/how-we-built-enterprise-search-to-be-secure-and-private/).

5



second application(s)

# What is enterprise search?

Think of enterprise search as a digital librarian for all your company data and knowledge. It helps you find information from different sources in a single pane of glass, and uses one of two methods: either by querying your sources in real-time or via indexing data from different sources in a single, unified system.

Enterprise search enables employees to find what they need without having to open and search through multiple applications or ask their coworkers. This not only helps break down information silos and streamline productivity, it also makes it simpler and faster to access knowledge.

goal: sharing information between a first and second application by centralizing enterprise information and presenting it via search

(*E.g.*, https://slack.com/blog/productivity/enterprise-search).

ENTERPRISE SEARCH

# Search everything. Find anything.

Say hello to enterprise search, where all your conversations, data, and third-party apps are searchable from a single, AI-powered search bar.

TALK TO SALES        WATCH DEMO

(*E.g.*, https://slack.com/features/enterprise-search).



(*E.g.*, https://slack.com/features/enterprise-search).

16.    Salesforce, through its use of Slack's Enterprise Search product, performs the step of, from the first application, initiating a global search covering the first application and the second application.  For example, a user may initiate a global search by into the Slack Enterprise Search bar. Initiating a search includes bringing up the search bar.



(*E.g.*,    https://www.uctoday.com/collaboration/slack-enterprise-search-how-to-use-slack-ai-search/).



(*E.g.*, https://slack.com/features/enterprise-search).

17.     Salesforce, through its use of Slack's Enterprise Search product, performs the steps of receiving a global search request through the first application, wherein the global search request requests information across the first application and the second application; in response to the reception of the global search request, prompting for a search term from a user.  For example, a user may enter a global search request (*e.g.*, "What's the status of the Hawksdale Group deal?"). The search request indicates what apps are being searched.  In the example below, the number of search results from each application are displayed next to the application.  For instance, the first application (Slack) has 28 results.  The second application (*e.g.*, Asana) has 4 results. Slack Enterprise Search not only finds exact matches based on a keyword search, but it is also able to summarize information from a first or second application.



(*E.g.*, https://slack.com/features/enterprise-search).



(*E.g.*, https://www.uctoday.com/collaboration/slack-enterprise-search-how-to-use-slack-ai-search/).

18.    Salesforce, through its use of Slack's Enterprise Search product, performs the steps of receiving the search term; based on the received search term, automatically determining one or more corresponding candidate elements associated with the second application and presenting the determined one or more corresponding candidate elements associated with the second application for selection by the user.  For example, the Enterprise Search system in Slack indexes the content of each of the connected second applications, and allows the data from each of them to be searched directly from Slack.  Upon information and belief, a search term is applied to the processed or indexed information in order to determine one or more candidate elements associated with (a first or second) application. Based on the received search term, Slack Enterprise Search automatically determines candidate elements.  The candidate elements shown below are associated with the first

application (*e.g.,* Slack).  Upon information and belief, the candidate elements may also be from a second application (*e.g.,* Asana).

(*E.g.,*    https://slack.com/blog/productivity/enterprise-search;    a*lso*,    https://slack.com/features/enterprise-search#link_enterprise_search_video).

10



(*E.g.*,   https://www.youtube.com/watch?v=70W_G1u7_1M;   a*lso*,   https://slack.com/features/ enterprise-search#link_enterprise_search_video).

19.    Salesforce, through its use of Slack's Enterprise Search product, performs the steps of receiving the selection of at least one of the candidate elements; and linking information between the first application and the second application.  For example, the candidate elements may be associated with either a first application or a second application.  The example below discloses a selectable candidate element from a first application.  Upon information and belief, a candidate element associated with a second application could also be displayed and selected.

11



(*E.g.*,   https://www.youtube.com/watch?v=70W_G1u7_1M;   a*lso*,   https://slack.com/features/ enterprise-search#link_enterprise_search_video).

20.    Salesforce, through its use of Slack's Enterprise Search product, performs the step of, responsive to receiving the selection of the candidate element, linking the selected candidate element with the first application such that a user may access the selected candidate element from the first application.   For example, from the first application, a user may access a candidate element.   The disclosure below shows candidate elements associated with Slack, Google Drive, Salesforce, and Github.



(*E.g.*,   https://www.youtube.com/watch?v=70W_G1u7_1M;   a*lso*,   https://slack.com/features/
enterprise-search#link_enterprise_search_video).

21.    Salesforce, through its use of Slack's Enterprise Search product, performs the step of generating for the first application a selectable link that, when selected, is operable to enable access to information related to the second application.  For example, the Enterprise Search can include data from many apps, and the links from a search result can enable access. Slack Enterprise Search further includes instructions indicating how to set up data sources from a second application (*e.g.,* Asana, Confluence Cloud) such that these data source can be viewed from the first application (Slack).



(*E.g.*,        https://www.youtube.com/watch?v=70W_G1u7_1M        at        0:22;        a*lso*,

https://slack.com/features/

enterprise-search#link_enterprise_search_video).

## Add a data source

Once you make a data source available for your organization, individual members can connect their accounts to view content from that source in Slack search results. Some data sources require additional configuration to complete setup. We currently support the following data sources:

- Asana
- Box
- Confluence Cloud
- GitHub
- Google Drive
- Jira Cloud
- Microsoft Teams
- OneDrive/Sharepoint

1. From your desktop, click your organization name in the sidebar.



2. Hover over **Tools & settings**, then select **Organization settings** from the menu.

3. Click ⚙ **Settings** in the left sidebar, then select **Enterprise search**.

4. Click **Manage** next to the data source you'd like to add.

5. Next to **Enterprise search and AI answers**, click **Edit**.

6. Check the box next to **Include in traditional search results**. If you'd like, you can also choose to **Use as source in AI search answers**.

7. Click **Save**.

(*E.g.*,    https://slack.com/help/articles/39044407124755-Set-up-and-manage-Slack-enterprise-search).

## Additional configuration

See the list below for data sources that require additional configuration and the steps to take to complete setup.

### Asana

1. From the Asana data source page in Slack, click **Edit** next to **Manage integrations**.

2. Enter the name of your Asana organization, then click **Save**. You can locate your Asana organization name from the **Settings** tab of the Asana admin console.

### Box

1. From your Box enterprise admin settings page, scroll down to **Individual Integration Controls**.

2. In the drop-down menu, search for **Box Connector for Slack Workflows**.

3. Click **Configure**, then select **Available for all users**.

(*E.g.*,    https://slack.com/help/articles/39044407124755-Set-up-and-manage-Slack-enterprise-search).

16

## Confluence Cloud

1  From the Confluence Cloud data source page in Slack, click **Edit** next to **Manage integrations**.

2  Type the Confluence Cloud subdomain, then click **Save**.

## GitHub

1  From the GitHub data source page, click **Edit** next to **Manage integrations**.

2  Type the name of the GitHub organization you want to use in enterprise search and click **Save**.

3  Sign into GitHub and install the Slack enterprise search for GitHub app.

4  Select the same GitHub organization you specified when adding the integration in Slack, then click **Install**.

## Jira Cloud

1  From the Jira data source page in Slack, click **Edit** next to **Manage integrations**.

2  Enter your Jira subdomain, then click **Save**.

(*E.g.*, https://slack.com/help/articles/39044407124755-Set-up-and-manage-Slack-enterprise-search).

22.     Salesforce, through its use of Slack's Enterprise Search product, performs the steps of receiving the selection of the linked selected candidate element through the first application; and responsive to the reception of the selection of the linked selected candidate element, presenting information related to the linked selected candidate element through the first application.  For example, Slack's Enterprise Search provides information associated with the second applications as a result of the claimed process. Slack Enterprise Search displays information from a first or

second application ("information from different sources") in a single pane of glass (the user interface described in the statement "through the first application"). Upon information and belief, the linked information from a candidate elements displays information from within the second application (or first application) through Slack.

> For example, when you ask about a project's status in Slack, AI-powered search might pull information from recent channel messages, shared documents, and notifications tracked in a third-party app to provide a comprehensive update–all without requiring you to visit each system separately.

(*E.g.,* https://slack.com/blog/productivity/enterprise-search).

second application(s)

## What is enterprise search?

Think of enterprise search as a digital librarian for all your company data and knowledge. It helps you find information from different sources in a single pane of glass, and uses one of two methods: either by querying your sources in real-time or via indexing data from different sources in a single, unified system.

Enterprise search enables employees to find what they need without having to open and search through multiple applications or ask their coworkers. This not only helps break down information silos and streamline productivity, it also makes it simpler and faster to access knowledge.

goal: sharing information between a first and second application by centralizing enterprise information and presenting it via search

(*E.g.,* https://slack.com/blog/productivity/enterprise-search).



(*E.g.,* https://www.youtube.com/watch?v=70W_G1u7_1M).

23.    Defendant's customers also infringe claim 1 of the '079 Patent by using or performing the claimed method using the Accused Instrumentalities as described above.  Furthermore, Defendant advertises, markets, and offers for sale the Accused Instrumentalities to its customers for use in a system in a manner that, as described above, infringes claim 1 of the '079 Patent.  Exemplary advertising and marketing material is cited above.

24.    **Indirect Infringement**. Upon information and belief, Defendant has been and now is indirectly infringing by way of inducing infringement and contributing to the infringement of at least claim 1 of the '079 Patent in the State of Texas, in this District, and elsewhere in the United States, by providing the Accused Instrumentality for use as described above by Defendant's customers. Defendant advertised, offered for sale, and/or sold the Accused Instrumentality to its customers for use in a manner that Defendant knew infringed at least one claim of the '079 Patent

at least as of the filing and service of the Original Complaint. For example, Defendant provides marketing material and videos advertising that the Accused Instrumentality performs the claimed method of enabling the sharing of information between a first application and a second application on a computing device as claimed in claim 1 of the '079 Patent.  (*Supra* ¶¶15-22 (identifying marketing materials and videos)).

25.    On information and belief, at least as early as the filing and service of the Original Complaint, since becoming aware of the '079 Patent and of the infringement through advertising and offering for sale the Accused Instrumentality for use by its customers, Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Accused Instrumentality to its customers and by aiding and abetting its use in a manner known to infringe by Defendant. Since becoming aware of the infringing use of the Accused Instrumentality, Defendant knew that the use of the Accused Instrumentality by its customers as instructed constituted direct patent infringement. Despite this knowledge, Defendant continued to encourage and induce its customers to use the Accused Instrumentality to infringe as described above and provided instructions for using the Accused Instrumentality to infringe, including through specification sheets, support, and user's guides. Exemplary materials are cited above. (*Supra* ¶¶15-22 (identifying marketing materials and videos)).   Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '079 Patent by its customers.

26.    On information and belief, since Defendant became aware of the infringement at least as of the date of the filing and service of the Original Complaint, Defendant is and has been committing the act of contributory infringement by intending to provide the identified Accused Instrumentality to its customers knowing that it is a material part of the invention, knowing that its

use was made and adapted for infringement of the '079 Patent, and further knowing that the accused use of the Accused Instrumentality is not a staple article or commodity of commerce suitable for substantially non-infringing use. As described above, Defendant was aware that all material claim limitations are satisfied by the use and implementation of the Accused Instrumentality by Defendant's customers in the manner described above yet continued to provide the Accused Instrumentality to its customers knowing that it is a material part of the invention. (*Supra* ¶¶15-22 (identifying marketing materials and videos)).  As described above, since learning of the infringement, Defendant knew that the use and implementation of the Accused Instrumentality by its customers was made and adapted for infringement of the '079 Patent. (*Id.*). A new act of direct infringement occurred each time a customer implemented and/or used the Accused Instrumentality in the manner described above. After Defendant became aware that the use of the Accused Instrumentality infringes at least one claim of the '079 Patent, Defendant knew that each such new use was made and adapted for infringement of at least one claim of the '079 Patent and Defendant continued to advertise and provide the Accused Instrumentality for such infringing activities. (*Supra* ¶¶15-22 (identifying marketing materials and videos)).  Furthermore, as described more fully above, the Accused Instrumentality has functionality designed to perform the steps in the manner described above and is therefore not a staple article or commodity of commerce suitable for substantially non-infringing use.  (*Id.*).

27.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '079 patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

28.     Unless a preliminary and permanent injunction is issued enjoining Defendant and all others acting in active concert therewith from infringing the '079 Patent, Plaintiff will be greatly and irreparably harmed.

29.     The asserted claim of the '079 Patent is a method claim to which the marking requirements are not applicable.  Plaintiff has therefore complied with the marking statute 35 U.S.C. §287.

## IV.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.      Judgment that one or more claims of United States Patent No. 9,916,079 have been infringed, directly and indirectly, and either literally and/or under the doctrine of equivalents, by Defendant;

b.      Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c.      That Defendants be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.      That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.      That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

22

November 19, 2025

DIRECTION IP LAW

*/s/ David R. Bennett*
David R. Bennett (Illinois Bar No. 6244214)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorney for Plaintiff*
*VE Opening LLC*